UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

Beverly Hertzoff, Edwin Hertzoff, and
Clayton Hertzoff,

                Plaintiff(s),         07 Civ. 03157 (CM) (MHD)

-against-

                                        ORDER OF REFERENCE
                                        TO A MAGISTRATE JUDGE

Noreen Diaz and United Orthopaedic
Appliances Co. Inc.,

                Defendant(s).

——————————————————————X

The above entitled action is referred to the Honorable Michael H. Dolinger, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_✓\_\_ Discovery Supervision

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Social Security

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 5/4/07
New York, New York

SO ORDERED

Hon. Colleen McMahon
United States District Judge