UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BEVERLY HERTZOFF, EDWIN HERTZOFF and : **STIPULATION**
CLAYTON HERTZOFF,
                                    :   07 CV 3157 (CM)(MHD)
                    Plaintiffs,
                                    :
    -against-
                                    :
NOREEN DIAZ and UNITED ORTHOPAEDIC
APPLIANCES CO., INC.,               :

                    Defendants.     :
------------------------------------x

IT IS HEREBY STIPULATED by and between counsel for the parties that the time for Defendants Noreen Diaz and United Orthopaedic Appliances, Co., Inc. ("Defendants") to answer or otherwise move against the Complaint in this matter is extended, on consent of counsel for all parties, up to and including June 15, 2007. Defendants hereby waive any defenses based upon insufficiency of process and acknowledge service of plaintiffs' summons and complaint.

IT IS FURTHER STIPULATED and agreed that this stipulation may be signed by facsimile signatures, which signatures shall be treated as originals.

Dated: New York, New York                Dated: Great Neck, New York
       May 7, 2007                              May 1, 2007
TRAIGER & HINCKLEY, LLP                  GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Plaintiffs*               *Attorneys for Defendants*

By _____             By _____
   George R. Hinckley, Jr. (GH-7511)        Colleen M. Tarpey (CT-7572)
                                            Andrew L. Zwerling

880 Third Avenue                         111 Great Neck Road
New York, New York 10022-4730            Great Neck, NY 11021
(212) 759-4933                           (516) 393-2200
grh@hinckley.org                         ctarpey@gwtlaw.com
                                         azwerling@gwtlaw.com

476255.01

-2-

SO-ORDERED:

_____