UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BEVERLY HERTZOFF, EDWIN HERTZOFF and : **STIPULATION**
CLAYTON HERTZOFF,
                                            : 07 CV 3157 (CM)(MHD)
              Plaintiffs,
                                            :

-against-
                                            :

NOREEN DIAZ and UNITED ORTHOPAEDIC
APPLIANCES CO., INC.,
                                            :

            Defendants.            :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
MAY 16 2007
CHAMBERS OF
COLLEEN McMAHON

IT IS HEREBY STIPULATED by and between counsel for the parties that the time for Defendants Noreen Diaz and United Orthopaedic Appliances, Co., Inc. ("Defendants") to answer or otherwise move against the Complaint in this matter is extended, on consent of counsel for all parties, up to and including June 15, 2007. Defendants hereby waive any defenses based upon insufficiency of process and acknowledge service of plaintiffs' summons and complaint.

IT IS FURTHER STIPULATED and agreed that this stipulation may be signed by facsimile signatures, which signatures shall be treated as originals.

Dated: New York, New York
       May 7, 2007
TRAIGER & HINCKLEY, LLP
*Attorneys for Plaintiffs*

By_____
    George R. Hinckley, Jr. (GH-7511)

880 Third Avenue
New York, New York 10022-4730
(212) 759-4933
grh@hinckley.org

Dated: Great Neck, New York
       May 1, 2007
GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendants*

By_____
    Colleen M. Tarpey (CT-7572)
    Andrew L. Zwerling

111 Great Neck Road
Great Neck, NY 11021
(516) 393-2200
ctarpey@gwtlaw.com
azwerling@gwtlaw.com

476255.01

SO-ORDERED:

_[signature]_

5-16-07