## AFFIRMATION OF SERVICE

George R. Hinckley, Jr., an attorney and counselor at law duly admitted to practice before the courts of this State, affirms the following to be true under penalty of perjury:

1.  On June 8, 2007, I served the foregoing:

**Amended Complaint**

by United States First Class Mail (and by email) prepaid and addressed as follows:

>   Colleen M. Tarpey, Esq.
>   Garfunkel, Wild & Travis, P.C.
>   111 Great Neck Road
>   Great Neck, NY 11021
>   Email: ctarpey@gwtlaw.com

Dated: June 8, 2007

_____
George R. Hinckley, Jr.