UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07
```

———————————————————X

Beverly Hertzoff, Edwin Hertzoff, and
Clayton Hertzoff,

                       Plaintiff(s),

    -against-

Noreen Diaz and United Orthopaedic
Appliances Co. Inc.,

                       Defendant(s).

———————————————————X

07 Civ. 03157 (CM) (MHD)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Michael H. Dolinger, United States Magistrate Judge for the following purpose(s): _other than trial discovery deadlines_

☑ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

___ Discovery Supervision

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Habeas Corpus

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Social Security

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction
Purpose: _____

☑ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion: _preliminary injunction_

All such motions: _____

* Do not check if already assigned for general pretrial.

Dated: 6/29/2007
New York, New York

SO ORDERED

_[signature]_
Hon. Colleen McMahon
United States District Judge