Andrew L. Zwerling (AZ-5455)
Colleen M. Tarpey (CT-7572)
GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
Attorneys for Defendants Noreen Diaz and
United Orthopaedic Appliances Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BEVERLY HERTZOFF, EDWIN HERTZOFF, : **RULE 7.1 DISCLOSURE**
and CLAYTON HERTZOFF, : **STATEMENT**
:
Plaintiffs, : 07 CV 3157 (CM)(MHD)
:
-against- :
:
NOREEN DIAZ and UNITED ORTHOPAEDIC :
APPLIANCES CO., INC. :
:
Defendants. :
:
------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, United Orthopaedic Appliances Co., Inc, by its attorneys, Garfunkel, Wild & Travis, P.C., certifies that it is a corporation formed under the laws of the State of New York. Defendant does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: Great Neck, New York
July 16, 2007

GARFUNKEL, WILD & TRAVIS, P.C.
*Attorneys for Defendants*

By _____
Andrew L. Zwerling
Colleen M. Tarpey
111 Great Neck Road
Great Neck, NY 11021
(516) 393-2200

514833.01