Andrew L. Zwerling (AZ-5455)
Colleen M. Tarpey (MT-7572)
GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
*Attorneys for Defendants Noreen Diaz and*
*United Orthopaedic Appliances Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| BEVERLY HERTZOFF, EDWIN HERTZOFF, and CLAYTON HERTZOFF, | **AFFIDAVIT OF SERVICE BY PERSONAL SERVICE** |
| Plaintiffs, | 07 CV 3157 (CM)(MHD) |
| -against- | |
| NOREEN DIAZ and UNITED ORTHOPAEDIC APPLIANCES CO., INC. | |
| Defendants. | |

------------------------------------------------------------x

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK )

Baldeo Chetram, being duly sworn deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in the State of New York. On July 17, 2007, deponent served the Order to Show Cause and Temporary Restraining Order, dated July 17, 2007, Memorandum of Law in Support, and Defendant Diaz' Affidavit in Support of Defendants' Motion for Injunctive Relief with Exhibits by personally delivering and leaving a true copy upon:

| Party Served | Service Address | Name & Description of Person Authorized to Accept Service |
|---|---|---|
| George R. Hinckley, Jr., Esq. | Traiger & Hinckley LLP<br>880 Third Avenue<br>9th Floor<br>New York, New York 10022 | Name: Michael Gabralov<br>Junior Anylist |

516437v.1

Sex: Male
Color: White
Hair: Black
Approx. Age: 32
Approx. Height: 5'6
Approx. Time: 2:50 PM

_____
BALDEO CHETRAM

Sworn to before me this 17th
day of July, 2007

_Maxine V Lothian_
**NOTARY PUBLIC**

MAXINE V. LOTHIAN
Notary Public State of New York
No. 03-4989952
Qualified In Bronx County
Certificate Filed In New York County
Commission Expire Dec. 23, 2009

2

0254652.18
516437v.1