```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
BEVERLY HERTZOFF, et al.,       :
                                :
              Plaintiffs,       :     ORDER
                                :
       -against-                :     07 Civ. 3157 (CM)(MHD)
                                :
NOREEN DIAZ, et ano.,           :
                                :
              Defendants.       :
                                :
-------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A hearing on defendants' proposed order to show cause having been held with both parties on July 24, 2007,

It is hereby **ORDERED**:

Defendants are to submit for in camera review copies of the UOA patient records referred to at today's hearing that defendants allege were gathered by plaintiff Clayton Hertzoff prior to the filing of this action. These are to be delivered to the chambers of the undersigned, Room 1670, 500 Pearl Street, New York, New York 10007-1312 by no later than **noon** on **July 25, 2007**. A set of the same documents is to be provided to plaintiffs' counsel, who is to hold them on an "attorney's eyes only" basis. If a need arises to file these records as exhibits, they will be filed under seal.

DATED: New York, New York
       July 24, 2007

                                        SO ORDERED.


                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:

Colleen M. Tarpey, Esq.
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, New York 11021

George R. Hinckley, Esq.
Traiger & Hinckley LLP
880 Third Avenue
9th Floor
New York, New York 10022-4730