# GARFUNKEL, WILD & TRAVIS, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD
GREAT NECK, NEW YORK 11021
TEL (516) 393-2200
FAX (516) 466-5964

411 HACKENSACK AVENUE
HACKENSACK, NEW JERSEY 07601
TEL (201) 883-1030
FAX (201) 883-1031

350 BEDFORD STREET
STAMFORD, CONNECTICUT 06901
TEL (203) 316-0483
FAX (203) 316-0493

www.gwtlaw.com

WRITER'S EMAIL: starpey@gwtlaw.com
WRITER'S DIRECT DIAL: (516) 393-2536

September 2[_], [2007]

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 9/26/07

**MEMO ENDORSED**

*Extension Granted.*

FILE NO: 10654.0002
REPLY TO: New York

**BY FEDERAL EXPRESS**

Hon. Colleen McMahon, USDJ
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:   *Hertzoff v. United Orthopaedic Appliances Co., Inc. and Diaz* - 07-cv-03157

Dear Judge McMahon:

The parties jointly propose this application to extend the end-date for discovery from December 20, 2007 to June 20, 2008. The reason for this request is that the parties have renewed settlement negotiations and feel it would be prudent and efficient to postpone discovery in order to enhance the possibility of successful negotiations. This is the parties' first request for an extension of the discovery deadline.

Your consideration is greatly appreciated..

Respectfully submitted,

*Andrew L. Zwerling*

Andrew L. Zwerling

665610v.1

Hon. Colleen McMahon, USDJ
September 21, 2007
Page 2

cc:    George Hinckley
       Andrew E. Blustein
       Colleen M. Tarpey

GARFUNKEL, WILD & TRAVIS, P.C.

665610v.1