UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X

BEVERLY HERTZOFF ET AL.                :

                    Plaintiffs    :         **ORDER**

        -against-                 : **07 Civ. 3157 (CM)(MHD)**

NOREEN DIAZ, UNITED ORTHOPAEDIC
APPLIANCES CO., INC.,             :

                                  :
                    Defendants.
                                  :
----------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

   It is hereby ORDERED that a settlement conference has been
scheduled in the above-captioned action on **TUESDAY, OCTOBER 16 at
2:00 PM**, at which time you are directed to appear in Courtroom 17D,
500 Pearl Street, New York, New York 10007-1312. Any requests for
adjournment of this scheduled conference must be in writing, with
copies to all other parties, and must be preceded by reasonable
efforts by the requesting party to obtain the consent of those
parties.

**DATED:   New York, New York
          October 1, 2007**

SO ORDERED.

_____

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been mailed this date to:

George Robert Hinckley, Esq.
Traiger & Hinckley LLP
880 Third Avenue, 9th floor
New York, NY 10022

Colleen Michele Tarpey, Esq.
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, NY 11021