UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

BEVERLY HERTZOFF ET AL.          :

        Plaintiffs      :     **ORDER**

   -against-                     :  07 Civ. 3157 (CM)(MHD)

NOREEN DIAZ, UNITED ORTHOPAEDIC
APPLIANCES CO., INC.,            :

                                    :
        Defendants.
                                    :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


    It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **FRIDAY, OCTOBER 26, 2007 at 10:00 AM**, at which time you are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.


**DATED:** New York, New York
       October 16, 2007

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

George Robert Hinckley, Esq.
Traiger & Hinckley LLP
880 Third Avenue, 9th floor
New York, NY 10022

Colleen Michele Tarpey, Esq.
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, NY 11021

Andrew L. Zwerling, Esq.
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, NY 11021