```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BEVERLY HERTZOFF ET AL.             :

            Plaintiffs              :    ORDER

    -against-                       :    07 Civ. 3157 (CM)(MHD)

NOREEN DIAZ, UNITED ORTHOPAEDIC
APPLIANCES CO., INC.,               :

                                    :
            Defendants.
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Having had a telephone conference today, it is hereby

**ORDERED** that there is no stay of any part of discovery.

DATED:  New York, New York
        October 26, 2007

SO ORDERED.

_____

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

George Robert Hinckley, Esq.
Traiger & Hinckley LLP
880 Third Avenue, 9th floor
New York, NY 10022

Colleen Michele Tarpey, Esq.
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, NY 11021

Andrew L. Zwerling, Esq.
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, NY 11021