```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
BEVERLY HERTZOFF ET AL.             :

              Plaintiffs            :      ORDER

     -against-                      :   07 Civ. 3157 (CM)(MHD)

NOREEN DIAZ, UNITED ORTHOPAEDIC     :
APPLIANCES CO., INC.,

                                    :

              Defendants.
                                    :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


    It is hereby ORDERED that a pretrial conference has been scheduled in the above-captioned action on **WEDNESDAY, FEBRUARY 6, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        February 4, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been faxed this date to:

George Robert Hinckley, Esq.
Traiger & Hinckley LLP
880 Third Avenue, 9th floor
New York, NY 10022

Colleen Michele Tarpey, Esq.
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, NY 11021