Andrew L. Zwerling (AZ-5455)
James M. Ingoglia (JI-6554)
GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York  11021
(516) 393-2200
*Attorneys for Defendants and Counter Plaintiffs*
*Noreen Diaz and United Orthopaedic Appliances Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
BEVERLY HERTZOFF, EDWIN HERTZOFF,
and CLAYTON HERTZOFF,

             Plaintiffs,

  -against-                        **NOTICE OF APPEARANCE**

NOREEN DIAZ and UNITED ORTHOPAEDIC
APPLIANCES CO., INC.
                                       07 CV 3157 (CM)(MHD)

             Defendants.
---------------------------------------x

     PLEASE TAKE NOTICE, that James M. Ingoglia, an associate of the law firm of Garfunkel, Wild & Travis, P.C., 111 Great Neck Road, Great Neck, New York  11021, hereby appears in this action on behalf of Defendants and Counter Plaintiffs Noreen Diaz and United Orthopaedic Appliances Co., Inc in this action.

Dated:  Great Neck, New York
         February 4, 2008

                                         GARFUNKEL, WILD & TRAVIS, P.C.
                                         *Attorneys for Defendants and Counter Plaintiffs*

                                         By:          /s/
                                                  James M. Ingoglia (JI-6554)
                                        111 Great Neck Road
                                        Great Neck, NY  11021
                                        (516) 393-2200

806126v.2