Andrew L. Zwerling (AZ-5455)
James M. Ingoglia (JI-6554)
GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
*Attorneys for Defendants and Counter Plaintiffs*
*Noreen Diaz and United Orthopaedic Appliances Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x
BEVERLY HERTZOFF, EDWIN HERTZOFF,   :
and CLAYTON HERTZOFF,               :
                                    :
                Plaintiffs,         :
                                    :
    -against-                       :   **CERTIFICATE OF SERVICE**
                                    :
NOREEN DIAZ and UNITED ORTHOPAEDIC  :
APPLIANCES CO., INC.                :
                                    :   07 CV 3157 (CM)(MHD)
                Defendants.         :
                                    :
--------------------------------------------------x

    JAMES M. INGOGLIA, an attorney admitted to practice before the United States District Court, Southern District of New York, certifies that, on February 4, 2008, Defendants and Counter Plaintiffs served a NOTICE OF APPEARANCE upon:

    George R. Hinckley, Esq.
    Traiger & Hinckley LLP
    880 Third Ave. 9th Floor
    New York, NY 10022-4730

by depositing the a true copy of same enclosed in a postage-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: Great Neck, New York
       February 4, 2008

                                        GARFUNKEL, WILD & TRAVIS, P.C.
                                        *Attorneys for Defendants and*
                                        *Counter Plaintiffs*

                                        By _____/s/_____
                                             James M. Ingoglia (JI- 6554)
                                             111 Great Neck Road
                                             Great Neck, NY 11021
                                             (516) 393-2200

806124v.2