```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BEVERLY HERTZOFF ET AL.             :

              Plaintiffs            :      ORDER

       -against-                    : 07 Civ. 3157 (CM)(MHD)

NOREEN DIAZ, UNITED ORTHOPAEDIC
APPLIANCES CO., INC.,               :

                                    :
              Defendants.
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A pre-trial conference having been held with counsel for the respective parties on February 6, 2008,

It is hereby **ORDERED** as follows:

1. Defendants are to provide responses to plaintiffs' interrogatories and document requests by February 13, 2008.

2. Plaintiffs are to provide expert witness designations and reports by May 18, 2008.

3. Defendants are to provide expert witness designations and reports by June 2, 2008.

DATED:  New York, New York
        February 6, 2008

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

George Robert Hinckley, Esq.
Traiger & Hinckley LLP
880 Third Avenue, 9th floor
New York, NY 10022

Colleen Michele Tarpey, Esq.
Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, NY 11021

James Ingoglia , Esq.
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007