## TRAIGER & HINCKLEY LLP

ATTORNEYS AT LAW
880 THIRD AVENUE
NEW YORK, NY 10022-4730
WWW.TRAIGERLAW.COM

TELEPHONE 212-759-4933
FACSIMILE 212-656-1531

GEORGE R. HINCKLEY, JR.
GRH@HINCKLEY.ORG

February 28, 2008

BY HAND

Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

**MEMO ENDORSED**

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: __2/29/08__          │
└─────────────────────────────────┘
```

Re: Hertzoff v. United Orthopaedic Appliances Co. Inc., 07 Civ. 03157 (CM)
(MHD)

Dear Judge McMahon:

We represent the plaintiffs in the above referenced action. We are pleased to
inform the Court that the parties have reached a settlement agreement.

Enclosed is a stipulation of settlement that has been executed by all parties and by
counsel. The settlement agreement calls for periodic payments to be made to Mrs.
Hertzoff over the next six months. We respectfully request that the Court So-
Order the stipulation and place this matter in suspense until August 28, 2008, when
the final payment is to be made and the matter will then be dismissed with
prejudice.

Thank you.

Respectfully submitted,

*George Hinckley J.*

George R. Hinckley, Jr.

*Case on suspense — court will retain jurisdiction*

*Colleen McMahon
2/29/08*

cc: Hon. Michael H. Dolinger;  James M. Ingoglia, Esq.