UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY HERTZOFF, EDWIN HERTZOFF, and
CLAYTON HERTZOFF,

                              Plaintiffs,

v.

NOREEN DIAZ and UNITED ORTHOPAEDIC
APPLIANCES, CO.,

                              Defendants.

07-CV-3157 (CM) (MHD)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that all claims and counterclaims in the above-captioned action be dismissed in their entirety, WITH PREJUDICE, and with no award of attorneys fees, costs or disbursements by the Court to any party.

      A signed facsimile of this Stipulation may be treated as an original for all purposes.

Dated: July 30, 2008

TRAIGER & HINCKLEY LLP

By: _____
    George R. Hinckley Jr.

501 Fifth Ave. Suite 506
New York, New York 10017
Tel. (212) 759-4933
Fax (212) 656-1531
Attorneys for Plaintiffs

GARFUNKEL, WILD & TRAVIS, P.C.

By _____
    Colleen M. Tarpey

111 Great Neck Road
Great Neck, NY 11021
Tel. (516) 393-2595
Fax (516) 466-5964
Attorneys for Defendants

SO ORDERED

Dated:

_____
U.S.D.J.